**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**ALICE EASTWOOD** **PLAINTIFF**

**V.** **NO. 5:23-CV-5052**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON** **DEFENDANT**

---

# PLAINTIFF'S MOTION TO PLACE STIPULATED RECORD UNDER SEAL

---

1. This motion is unopposed by the defendant. The attorneys have conferred.

2. The court ordered the parties to file the stipulated record by 08/17/2023. Doc. 7.

3. The stipulated record contains abundant information of a sensitive nature to the plaintiff, including medical records and reports.

WHEREFORE, the plaintiff moves the court to order that the stipulated record be placed under seal upon filing.

Respectfully submitted,

Neil Chamberlin, Ark. Sup. Ct. No. 93222
MCMATH WOODS, P.A.
711 West Third Street
Little Rock, AR 72201
Telephone 501-374-5411
Facsimile 501-374-5118
neil@mcmathlaw.com

*Attorney for Plaintiff*