IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ALICE EASTWOOD PLAINTIFF

v. CIVIL NO. 23-5052

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON DEFENDANT

**O R D E R**

The Motion to Seal the Stipulated Record is before the Court. (ECF No. 8). For good cause shown, and there being no objection thereto, the Court hereby **GRANTS** Plaintiff's motion. The parties are permitted to file the administrative record under seal.

IT IS SO ORDERED this 3rd day of August 2023.

/s/ Christy Comstock
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE