**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**ALICE EASTWOOD,** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 5:23cv05052-TLB-CDC**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** **DEFENDANT**

# JOINT NOTICE OF SETTLEMENT

Plaintiff Alice Eastwood and Defendant Lincoln Life Assurance Company of Boston hereby give notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 8th day of September 2023.

Respectfully submitted,

By: /s/ Neil Chamberlin (by permission)

Neil Chamberlin (Ark Bar # 93222)
MCMATH WOODS, P.A.
711 West Third Street
Little Rock, AR 72201
Tel: (501) 374-5411
Fax: (501) 374-5118
Email: neil@mcmathlaw.com

ATTORNEYS FOR PLAINTIFF

- AND –

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT