**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**ALICE EASTWOOD,** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 5:23cv05052-TLB-CDC**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** **DEFENDANT**

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Alice Eastwood and Lincoln Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 20th day of September 2023.

Respectfully submitted,

By: /s/ Neil Chamberlin (by permission)
Neil Chamberlin (Ark Bar # 93222)
MCMATH WOODS, P.A.
711 West Third Street
Little Rock, AR 72201
Tel: (501) 374-5411
Fax: (501) 374-5118
Email: neil@mcmathlaw.com

ATTORNEYS FOR PLAINTIFF

- AND –

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT