**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**ALICE EASTWOOD** **PLAINTIFF**

**NO. 5:23CV5052**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON** **DEFENDANT**

## CLERK'S ORDER OF DISMISSAL

On this 20th day of September, 2023, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

RONALD E. DOWLING, CLERK

BY: *G. Davis*
Deputy Clerk